STATE of Iowa, Appellee,

v.

Robert Lawrence CARUSO, Appellant.

No. 2-56208.

Supreme Court of Iowa.

Oct. 17, 1973.

Lynch, Dallas, Smith & Harman, Cedar Rapids, for appellant.

Richard C. Turner, Atty. Gen., Fred M. Haskins, Asst. Atty. Gen., and William G. Faches, County Atty., for appellee.

Submitted to MOORE, C. J., and REES, REYNOLDSON, HARRIS and McCORMICK, JJ.

PER CURIAM.

Affirmed.   See rule 348.1, Rules of Civil Procedure.